**U.S. Department of Justice**
**United States Marshals Service**

PROCESS RECEIPT AND RETURN

**FILED**
**FEB 2 7 2015**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF MO**
**ST. LOUIS**

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 4:13CR00101 JAR |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Daniela Spiridon | Final Order of Forfeiture |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
2008 Mercedes Benz S550, VIN: WDDNG71X78A229681

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Asset Forfeiture
Office of the United States Attorney
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

DISPOSE ACCORDING TO LAW / 13-FBI-001407/ *HOLD PROCEEDS PENDING RESTITUTION REQUEST*

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
Julia M. Wright
TELEPHONE NUMBER: 314/539-7740
DATE: September 22, 2014

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process No. 1 | District of Origin No. 44 | District to Serve No. 11 | Signature of Authorized USMS Deputy or Clerk | Date 9/29/2014 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

SEP 29 AM 10:45

Date of Service: 11/12/2014    Time: 3:10 am

Signature of U.S. Marshal or Deputy: Rosemary Williams

| Service Fee 65 | Total Mileage Charges | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount of Refund |

REMARKS: Per FOF Asset 13-FBI-001407 one 2008 Mercedes-Benz S550 was sold a auction 11/1/2014 for $24,750.00. (PROCEEDS OF SALE HOLD PENDING RESTITUTION REQUEST) Per Order.

PRIOR EDITIONS MAY BE USED
1. CLERK OF THE COURT
FORM USM 285 (Rev. 12/15/80)

☒ USMS RECORD  ☐ NOTICE OF SERVICE  ☐ BILLING STATEMENT  ☐ ACKNOWLEDGMENT OF RECEIPT