# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN

**FILED**
**FEB 27 2015**
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 4:13CR00101 JAR |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Daniela Spiridon | Final Order of Forfeiture |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
2012 Mercedes Benz E350, VIN:WDDKK5KF8CF136238

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Asset Forfeiture
Office of the United States Attorney
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on USA

NORTHERN DISTRICT OF CALIFORNIA
2014 SEP 29 AM 10:33
RECEIVED
UNITED STATES MARSHAL

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

DISPOSE ACCORDING TO LAW / 13-FBI-001408/ *HOLD PROCEEDS PENDING RESTITUTION REQUEST*

| Signature of Attorney or other Originator requesting service on behalf of: /s/ Julia M. Wright | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 314/539-7740 | DATE September 22, 2014 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. 1 | District of Origin No. 44 | District to Serve No. 11 | Signature of Authorized USMS Deputy or Clerk | Date 9/29/2014 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

SEP 29 AM 10:45

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode |
|---|---|
| Address (complete only if different than shown above) | Date of Service 11/12/2014 | Time 3:00 am |
| | Signature of U.S. Marshal or Deputy Rosemary Williams | |

| Service Fee /5 | Total Mileage Charges (including endeavors) | Forwarding Fee $8.00 | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

**REMARKS** Per FOF Asset 13-FBI-001408 one 2012 Mercedes-Benz E350 was sold at auctions on 11/1/2014 for $33,750.00 (PROCEEDS OF SALE HOLD PENDING RESTITUTION REQUEST) Per Order.

PRIOR EDITIONS MAY BE USED
1. CLERK OF THE COURT
FORM USM 285 (Rev. 12/15/80)

☑ USMS RECORD ☐ NOTICE OF SERVICE ☐ BILLING STATEMENT ☐ ACKNOWLEDGMENT OF RECEIPT