# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN

**FILED FEB 27 2015**
**U.S. DISTRICT COURT EASTERN DISTRICT OF MO ST. LOUIS**

| | |
|---|---|
| PLAINTIFF: UNITED STATES OF AMERICA | COURT CASE NUMBER: 4:13CR00101 JAR |
| DEFENDANT: DANIELA SPIRIDON | TYPE OF PROCESS: Dismissing Forfeiture (Court Order) |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
2012 Mercedes-Benz SLK350, VIN: WDDPK5HA6CF007853

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Asset Forfeiture
Office of the United States Attorney
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

Per Order: Return vehicle to lienholder, as forfeiture is no longer being pursued. 13-FBI-001409

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
/s/ Julia M. Wright
TELEPHONE NUMBER: 314/539-7740
DATE: March 18, 2014

---

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

Total Process: 1
District of Origin: 44
District to Serve: 11
Date: 3/21/2014

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

MAR 21 #10:11

Date of Service: 4/4/2014
Time: 5:00 PM
Signature of U.S. Marshal or Deputy: Rosemary Williams

| Service Fee | Total Mileage Charges | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or Amount or Refund |
|---|---|---|---|---|---|
| $65.00 | | $8.00 | $73.00 | | $73.00 |

**REMARKS:** Per Dismissing Forfeiture Court Order filed 3/13/14, vehicle was returned to Lienholder Anheuser-Busch Employees credit union.

---

PRIOR EDITIONS MAY BE USED

1. CLERK OF THE COURT

FORM USM 285 (Rev. 12/15/80)

☐ USMS RECORD ☐ NOTICE OF SERVICE ☐ BILLING STATEMENT ☐ ACKNOWLEDGMENT OF RECEIPT